UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NELFRED FRED SMITH, | ) | 1:04-CV-06504-REC-LJO-HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING PETITIONER TO |
| | ) | SUBMIT COMPLETED APPLICATION TO |
| v. | ) | PROCEED IN FORMA PAUPERIS ON |
| | ) | APPEAL **OR** PAY FILING FEE |
| PAUL M. SCHULTZ, | ) | |
| | ) | |
| Respondent. | ) | |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On April 13, 2005, Petitioner filed a notice of appeal to the Court of Appeals for the Ninth Circuit. On April 26, 2005, Petitioner filed a motion for leave to proceed in forma pauperis on appeal. A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. <u>See</u> Fed. R. App. P. 24(a)(3). In this case, Petitioner paid the filing fee and did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled to proceed in forma pauperis on appeal.

      Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to appeal in forma pauperis must file a motion in the district court and attach to that motion a

completed application to proceed in forma pauperis, along with the issues the party intends to present on appeal. Petitioner's request, however, was not accompanied by a completed application to proceed in forma pauperis. See 28 U.S.C. 1914(a); 1915 (a).

The Court will provide Petitioner with the opportunity to submit either the appropriate application and certified copy of Petitioner's prison trust account or the $255.00 filing fee.

Accordingly, the Court ORDERS that:

1. The Clerk of the Court is DIRECTED to send Petitioner a copy of the application to proceed in forma pauperis; and

2. Petitioner is DIRECTED to submit either the completed application, accompanied by a certified copy of Petitioner's prison trust account statement for the last six months, **or** the $255.00 filing fee, within thirty days of the date of service of this.

IT IS SO ORDERED.

**Dated:   May 17, 2005**          /s/ Lawrence J. O'Neill
23ehd0                             UNITED STATES MAGISTRATE JUDGE